# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian McKnight, | No. CV-25-01479-PHX-ROS |
| Plaintiff, | **ORDER/NOTICE PURSUANT TO FED. R. CIV. P. 4(m)** |
| v. | |
| Jacquelyn Wright, et al., | |
| Defendants. | |

The Federal Rules of Civil Procedure and the Local Rules of Civil Procedure apply to all proceedings in this case. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, you must serve each Defendant located in a judicial district of the United States with the Summons and Complaint **within 90 days** from the date the Complaint is filed, unless you obtain a waiver of service pursuant to the requirements of Fed. R. Civ. P. 4(d). If, for good reason, you cannot serve your Summons and Complaint on such a Defendant within 90 days, you may, prior to the expiration of the 90-day period, file with the Court a request for an extension of time in which to serve your Summons and Complaint. In that request, you should set forth the reason why you have not accomplished service and request a specific short period of time in which to accomplish such service on the identified Defendant. If the Court believes your reason constitutes "good cause" it will authorize a brief additional period in which you can then serve that Defendant.

If you do not obtain an extension and any Defendant located in a judicial district of the United States named in your Complaint is not served within 90 days, the Court is

entitled, after notice to you, to dismiss the Complaint without prejudice (meaning that your Complaint is dismissed but you may refile the Complaint in a new action if you wish to do so).

**THIS CONSTITUTES YOUR NOTICE UNDER RULE 4(m) THAT IF YOU HAVE NOT APPROPRIATELY SERVED ANY DEFENDANT LOCATED IN A JUDICIAL DISTRICT OF THE UNITED STATES WITHIN 90 DAYS FROM THE FILING OF YOUR COMPLAINT THAT DEFENDANT WILL BE DISMISSED WITHOUT PREJUDICE FROM YOUR LAWSUIT.**

You are required to file an affidavit with the Court from the person who serves a Defendant with the Summons and Complaint. Fed. R. Civ. P. 4(l). You need to be sure that whoever serves the Summons and Complaint on each Defendant files such an affidavit with this Court by the deadline below.

The 90-day limit does not apply to a Defendant not located in a judicial district of the United States. Fed. R. Civ. P. 4(m). However, you will be required to file a statement approximately 90 days after filing the complaint setting forth how and when you plan to accomplish service on any such Defendant.

**IT IS ORDERED** no later than **July 31, 2025**, Plaintiff shall file proof of service for every defendant located in a judicial district of the United States.

**IT IS FURTHER ORDERED** no later than **July 31, 2025**, Plaintiff shall file a statement setting forth how and when service on any foreign defendant will be accomplished.

Dated this 7th day of May, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge