# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian McKnight, | No. CV-25-01479-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Jacquelyn Wright, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Doc. 6), Plaintiff was ordered to serve each Defendant or seek a waiver of service for each Defendant within 90 days of the filing of the Complaint or the action may be dismissed as to that Defendant not served. To date, no affidavits or waivers of service have been filed.

Accordingly,

**IT IS ORDERED** that Plaintiff show cause by **August 12, 2025**, why this case should not be dismissed pursuant to Rule 4(m) with respect to any and all Defendants not yet served in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure. Failure to show cause by that date will result in dismissal of this case with no further notice to the Plaintiff.

Dated this 5th day of August, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge