IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian McKnight, | No. CV-25-01479-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Jacquelyn Wright, et al., | |
| Defendants. | |

      Plaintiff filed this case on May 1, 2025 (Doc. 1). On May 7, 2025, an Order was issued stating service must be effected by July 31, 2025. Proof of service not being received, an Order to Show Cause was issued on August 5, 2025 (Doc. 8), requiring proof of service not later than August 12, 2025, or the case would be dismissed. Plaintiff filed a Motion for Service by Publication (Doc. 9) on August 11, 2025. Plaintiff was granted permission to serve Defendant Jacquelyn Wright by publication on August 12, 2025 (Doc. 11), pursuant to Rule 4.1(1), by publishing a statement describing how a copy of the pleading in this matter could be obtained in the Arizona Republic once a week for four weeks. To date, proof of service by publication has not been filed.

      Accordingly,

…

…

…

…

**IT IS ORDERED** that Plaintiff show cause by **October 10, 2025**, why this case should not be dismissed in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure. Failure to show cause by that date will result in dismissal of this case with no further notice to the Plaintiff.

Dated this 3rd day of October, 2025.

_____
Honorable Roslyn O. Silver
Senior United States District Judge